

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00038-CV

**ABERCROMBIE & FITCH STORES, INC.**,
Appellant

v.

Ryan **ROBERTS**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23816
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against Abercrombie & Fitch Stores, Inc.

SIGNED April 10, 2019.

_____
Patricia O. Alvarez, Justice